

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Juan Carlos Alvarez-Ramirez, Appellant

No. 06-23-00204-CR          v.

The State of Texas, Appellee

Appeal from the 290th District Court of Bexar County, Texas (Tr. Ct. No. 2022CR9625). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find there was partial error in the judgments of the court below. Therefore, we modify (1) the judgment as to count II to reflect "22.011(a)(2)(B) PC" as the "Statute for Offense," (2) the judgment as to count III to reflect "22.011(a)(2)(A) PC" as the "Statute for Offense," and (3) the judgment as to count IV to reflect "43.25(b) PC" as the "Statute for Offense" and "2nd degree felony" as the "Degree of Offense." We affirm the trial court's judgment as to count I, without modification, and we affirm the judgments as to counts II, III, and IV, as modified.

We further order that the appellant, Juan Carlos Alvarez-Ramirez, pay all costs of this appeal.

RENDERED JULY 24, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk